

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 8, 2024

**By Email**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *United States v. Juan Carlos Serrate Middagh*, **S17 19 Cr. 91 (DLC)**

Dear Judge Lehrburger:

  The Government respectfully requests that Indictment S17 19 Cr. 91 (DLC) be unsealed. The defendant was extradited to the United States on October 8, 2024 and will be presented on October 9, 2024.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

          By: /s/
            David J. Robles
            Assistant United States Attorney
            (212) 637-2550

**SO ORDERED:**

_____ Oct. 8, 2024