```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     S17 19cr91-13 (DLC)
                                          :
          -v-                             :          ORDER
                                          :
JUAN CARLOS SERRATE-MIDDAGH,              :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to enter a change of plea on **May 29, 2025 at 3:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         May 22, 2025

                                        _____
                                               DENISE COTE
                                        United States District Judge