UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :            S17 19cr91-13(DLC)
           -v-                         :
                                       :               ORDER
JUAN CARLOS SERRATE-MIDDAGH,           :
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

       IT IS HEREBY ORDERED that the sentencing scheduled for

August 29, 2025 is moved to 1:00 PM on the same date in Courtroom

18B, 500 Pearl Street.

Dated:    New York, New York
          August 28, 2025


                                    _____
                                          DENISE COTE
                                    United States District Judge