```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :     S17 19cr91-13(DLC)
            -v-                          :
                                         :         ORDER
JUAN CARLOS SERRATE-MIDDAGH,             :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

THE PARTIES ARE HEREBY NOTIFIED that the Court has requested that the Government provide the summary translations of the meetings referenced in their August 22 sentencing submission to be considered in connection with the August 29 sentencing in this matter.

Dated:  New York, New York
        August 28, 2025

_____
DENISE COTE
United States District Judge