```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    19cr91-13(DLC)
                                        :
            -v-                         :    REQUEST
                                        :
JUAN CARLOS SERRATE-MIDDAGH,            :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Upon the application of the defendant, the Court hereby RECOMMENDS that the Bureau of Prisons designate the defendant to a facility as close to the state of Florida as possible.

SO ORDERED:

Dated:   New York, New York
         September 9, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge